# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3821
_____

John Willis Roach

*Plaintiff - Appellant*

v.

Myers Property Rentals, LLC; Shaun Donovan, Secretary, United States
Department of Housing and Urban Development; Executive Director Derek White,
Harrison Housing Authority; County of Boone, State of Arkansas; Doug Orien,
Acting Under Secretary for the United States Department of Agriculture

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: June 5, 2015
Filed: July 1, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

John Willis Roach appeals the district court's[1] orders granting Federal Rule of Civil Procedure 12(b)(6) motions to dismiss his civil rights suit. After careful review, we find that dismissal for failure to state a claim was warranted. <u>See</u> <u>Hopkins v. City of Bloomington</u>, 774 F.3d 490, 491-92 (8th Cir. 2014) (de novo review); <u>Topchian v. JPMorgan Chase Bank, N.A.</u>, 760 F.3d 843, 849 (8th Cir. 2014) (pro se complaints must be liberally construed). The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.